ACCEPTED
12-14-00247-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/14/2015 11:17:49 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.
412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/14/2015 11:17:49 AM

CATHY S. LUSK
Clerk

January 14, 2015

Cathy S. Lusk, Clerk                                              via: e-file
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Trial Court Cause No. 2013-0522, In the 217th Judicial District, Angelina County, Texas
       Appeal Case No. 12-14-000247-CR; Twelfth Court of Appeals, Tyler, Texas

Dear Ms. Lusk:

Pursuant to Rule 48.4, Texas Rules of Appellant Procedure, I have notified Nita McElrath of her
right to file a pro-se petition for discretionary review under Rule 68. I am attaching a copy of the
U.S. Postal Service certified mail receipt and a copy of the green card which acknowledges that
someone signed on behalf of Nita McElrath and accepted delivery of the letter.

Please file this letter in the records of the appeal.


                                         Sincerely,

                                         Albert J. Charanza, Jr.

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete Items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailplece, or on the front if space permits.

1. Article Addressed to:

Nita McElrath
C/o Diane Madden
626 Old Hwy 59
Lufkin, TX 75904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~~Brenda Lopez~~ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)

Brenda Lopez

C. Date of Delivery

1-9-15

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☒ Certified Mall
- ☐ Registered
- ☐ Insured Mall
- ☐ Express Mall
- ☐ Return Receipt for Merchandise
- ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8762 2517

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540